# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. FELTS,

    Plaintiff,

v.                                                            No. CIV 21-370 LF/KK

LOUIS DEJOY and
CHRISTOPHER YAZZIE,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND MOTIONS DEADLINES

THIS MATTER comes before the Court on the parties' Joint Motion to Extend Discovery and Motions Deadlines (Doc. 58). The Court, having read the Joint Motion and being otherwise sufficiently advised, FINDS that the Joint Motion is well taken and should be GRANTED.

IT IS THEREFORE HEREBY ORDERED that the deadlines set in the Court's Order Adopting Joint Status Report and Setting Case Management Deadlines, entered September 21, 2022 (Doc. 53), are VACATED and RESET as follows:

| | | |
|---|---|---|
| a) | Termination date for discovery: | 04/28/23 |
| b) | Motions relating to discovery to be filed by: | 05/18/23 |
| c) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | 05/30/23 |
| d) | Plaintiffs' portions of proposed Pretrial Order due from Plaintiffs to Defendant by: | 09/01/23 |
| e) | Parties' consolidated proposed Pretrial Order due from Defendant to Court by: | 09/15/23 |

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE