IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MICHAEL L. FELTS,

    Plaintiff,

v.      No. CIV-21-370 LF/KK

LOUIS DEJOY, US Postmaster,
CHRISTOPHER YAZZIE,
Postmaster Albuquerque,

    Defendants.

## ORDER EXTENDING CASE MANAGEMENT DEADLINES

THIS MATTER comes before the Court on the parties' Joint Motion Requesting Status Conference and Extension of Case Deadlines (Doc. 63). Upon consideration of the Motion and after hearing from the parties at a status conference held on April 13, 2023, the Court finds good cause to grant it.

IT IS THEREFORE HEREBY ORDERED that unexpired case management deadlines are extended as follows:

- Termination date for discovery:      August 28, 2023
- Motions relating to discovery to be filed by:      September 15, 2023
- Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) to be filed by:      September 27, 2023

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE